# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2011

_____

TIMOTHY EHIABOR,

Appellant,

v.

ADRIANA EHIABOR,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

December 19, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerry Lewis Rumph, Jr., and Olivia Mae Brooks of Brooks Law, Tallahassee; Gerard Matthew Virga, Jr., of The Virga Law Firm, P.A., Panama City Beach, for Appellant.

Therese Felth McKenzie of McKenzie Law Firm, P.A., Pensacola, for Appellee.